1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                                 EASTERN DISTRICT OF CALIFORNIA

10

11    NIRRAN WELLS,                                    Case No.: 1:20-cv-01784-NONE-JLT (PC)

12                          Plaintiff,                 ORDER TO SUBMIT APPLICATION
                                                       TO PROCEED IN FORMA PAUPERIS
13          v.                                         OR PAY FILING FEE WITHIN 45 DAYS

14    K. GREEN , et al

15                          Defendant.

16

17          Plaintiff, an inmate proceeding *pro se*, filed this civil rights action under 42 U.S.C. §

18    1983. Plaintiff has not paid the $402.00 filing fee or applied to proceed *in forma pauperis*

19    pursuant to 28 U.S.C. § 1915.  Accordingly, the Court **ORDERS**:

20          **Within 45 days** of the date of service of this order, plaintiff shall submit the attached

21    application to proceed in forma pauperis, completed and signed, or in the alternative, pay the

22    $402.00 filing fee for this action. **No requests for extension will be granted without a showing**

23    **of good cause**. **Failure to comply with this order will result in dismissal of this action.**

24
      IT IS SO ORDERED.
25

26          Dated:  __**May 3, 2021**__          _____ **/s/ Jennifer L. Thurston**
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE
27

28