UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIRRAN WELLS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. GREEN, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01784-DAD-BAK (HBK) (PC)<br><br>ORDER REQUIRING DEFENDANTS' COUNSEL TO CONTACT COURTROOM DEPUTY CLERK TO SCHEDULE EARLY SETTLEMENT CONFERENCE<br><br>**FOURTEEN (14) DAY DEADLINE** |

On February 10, 2022, the Court issued an order referring the case to post-screening Alternative Dispute Resolution ("ADR") and staying the case for ninety days. (Doc. No. 23.) The parties each submitted a timely notice indicating that an early settlement conference would be productive and agreeing to engage in the early settlement conference. (Doc. Nos. 24, 25.)

The Court ordered the assigned Deputy Attorney General, within forty-five days, to contact the Courtroom Deputy Clerk at shall@caed.uscourts.gov to schedule the settlement conference. (Doc. No. 23.) More than forty-five days have passed, and the Deputy Attorney General has failed to contact the Courtroom Deputy Clerk as ordered.

Accordingly, it is **ORDERED**:

1. **Within fourteen (14) days** from the date of service of this Order, the assigned Deputy Attorney General **SHALL** contact the Courtroom Deputy Clerk at shall@caed.uscourts.gov to schedule the settlement conference;

2. If the parties reach a settlement during the stay of this action, they **SHALL** file a Notice of Settlement as required by Local Rule 160(a); and

3. The Clerk of the Court is directed to serve via email a copy of this order on ADR Coordinator Sujean Park.

Dated:   April 12, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2