UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIRRAN WELLS,<br><br>           Plaintiff,<br><br>      v.<br><br>K. GREEN , et al.,<br><br>           Defendants. | Case No. 1:20-cv-01784-DAD-BAK (HBK) (PC)<br><br>ORDER ON PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(Doc. No. 35)<br><br>Clerk of Court to Close Case. |

On June 9, 2022, the Court conducted an early settlement conference, and the parties reached a settlement. (Doc. No. 34.) In accordance with the Court's order, the parties have filed a joint stipulation for voluntary dismissal with prejudice. (Doc. No. 35.) The parties advise that they "have resolved this case in its entirety," and each party shall bear its own costs and fees. (Id.) The stipulation is signed and dated by Plaintiff and counsel for Defendants. (Id. at 2.)   Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of Court is directed to terminate all pending motions and deadlines and to close this case.

Dated:  June 27, 2022

*Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE